# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**MARYELLEN NOREIKA**
(302) 351-9278
(302) 425-3011 FAX
mnoreika@mnat.com

December 6, 2017

The Honorable Mary Pat Thynge  *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:  *Eli Lilly and Company v. Eagle Pharmaceuticals, Inc.*
C.A. No. 17-1293 (VAC) (MPT)

Dear Judge Thynge:

Enclosed is a proposed scheduling order for discussion during the Monday, December 11, 2017 scheduling conference. Where the parties have been unable to agree, their respective positions have been set forth in brackets.

Respectfully,

*/s/ Maryellen Noreika*

Maryellen Noreika (#3208)

MN/dlw
Enclosures
cc: Clerk of Court (Via Hand Delivery; w/ encl.)
    All Counsel of Record (Via Electronic Mail; w/ encl.)