IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>*Plaintiff,*<br><br>v.<br><br>EAGLE PHARMACEUTICALS, INC.,<br><br>*Defendant.* | Civ. No. 17-1293- MSG |

**MEMORANDUM ORDER**

Currently pending before me is a letter from defendant Eagle Pharmaceuticals, Inc. ("Eagle") seeking resolution of several discovery disputes Eagle has with plaintiff Eli Lilly and Company ("Lilly"). (D.I. 59).

Lilly's response indicates that the parties did not meet and confer regarding all of the disputes raised in the letter. (D.I. 67 at 1). In addition, Eagle's Delaware counsel was not present in the only meet and confer the parties held in which only some of the discovery disputes were addressed. (*Id.*).

Delaware Local Rules and the Scheduling Order governing this case both require Delaware counsel to meet and confer regarding any and all discovery disputes before the parties seek relief from the court. *See* Del. L. R. 7.1.1; D.I. 16 ¶ 3(e) n. 1.

NOW, THEREFORE, this 10th day of December, 2018, it is HEREBY ORDERED that

1. Eagle's request for relief (D.I. 59) is denied without prejudice to renewing the request after counsel for the parties, including Delaware counsel, have met and conferred regarding the issues raised in the letter.

1

_____
Mitchell S. Goldberg
UNITED STATES DISTRICT JUDGE
12/11/2018