## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ELI LILLY AND COMPANY,<br><br>　　　　　　　　　Plaintiff<br><br>　　v.<br><br>EAGLE PHARMACEUTICALS, INC.,<br><br>　　　　　　　　　Defendant. | Civ. A. No. 17-cv-01293-MSG |

### STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff Eli Lilly and Company ("Lilly") and Defendant Eagle Pharmaceuticals, Inc. ("Eagle") hereby stipulate and agree that Lilly's action against Eagle and Eagle's action against Lilly, including all claims and defenses asserted by Lilly against Eagle and all claims and defenses asserted by Eagle against Lilly, are hereby dismissed with prejudice. All parties shall bear their own costs, disbursements and attorneys' fees.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| /s/ *Jack B. Blumenfeld* | /s/ *Kelly E. Farnan* |
| Jack B. Blumenfeld (#1014)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>dfahnestock@mnat.com | Kelly E. Farnan (#4395)<br>Renee M. Mosley (#6442)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>mosley@rlf.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

December 16, 2019

**APPROVED 12/16/19:**

_____
MITCHELL S. GOLDBERG, J.